## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHRISTOPHER ALAN BERMAN,                    CASE NO.:    3:126-cv-384-J-39JBT

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT ON DECLARATORY ACTION AGAINST DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY

Comes now the Plaintiff, CHRISTOPHER ALAN BERMAN, by and through his undersigned attorneys and files this Notice of Filing Exhibits in Support of Plaintiff's Motion for Summary Judgment on Declaratory Action Against Defendant, Liberty Mutual Fire Insurance Company and would state as follows:

1. Due to a scrivener's error, Plaintiff did not include the attached exhibits in his filing of the Motion for Summary Judgment on Declaratory Action Against Defendant, Liberty Mutual Fire Insurance Company.

2. Said inadvertent omission of the Exhibits was brought to Plaintiff's attention by counsel for the Defendants.

3. Plaintiff's counsel has conferred with counsel for Defendant and confirmed that they have no objection to the following exhibits:

    a. __EXHIBIT A__: Declaration Page for policy number AV2-651-290229-021

b.  EXHIBIT B: Copy of the entire Insurance Policy for policy number AV2-651-290229-021

c.  EXHIBIT C: UM Rejection form from March 25, 2011.

d.  EXHIBIT D: Deposition of Kathy Cole taken February 2, 2017. (Note: Kathy Cole's deposition is referenced in Plaintiff's Motion for Summary Judgment but not noted as an exhibit.)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been electronically filed and sent via email to all parties of record on the attached Certificate of Service List, on this 20th day of October, 2017.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
Attorneys for Plaintiff, Christopher Alan Berman

BY: _____

JACK J. FINE, ESQ.
Florida Bar Number:  223700
622 Northeast First Street
Gainesville, Florida 32601
Telephone: (352) 376-6046
Facsimile: (352) 372-0049
Primary email: jfine@ffplaw.com
Secondary email: rcallejas@ffplaw.com

2

## CERTIFICATE OF SERVICE LIST

J. Pablo Cáceres, Esq.
Butler Weihmuller Katz Craig, LLP
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Florida Bar No.: 131229
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
pcaceres@butler.legal
hjones@butler.legal
jfan@butler.legal
Attorneys for Defendants, Liberty Mutual Insurance
Company and Liberty Mutual Fire Insurance Company

Ryan Hilton, Esq.
Butler Weihmuller Katz Craig, LLP
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Florida Bar No.: 131229
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
rhilton@butler.legal
Attorneys for Defendants, Liberty Mutual Insurance
Company and Liberty Mutual Fire Insurance Company

Caroline Adams
Butler Weihmuller Katz Craig, LLP
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Florida Bar No.: 131229
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
cadams@butler.legal
tmarksman@butler.legal
Attorneys for Defendants, Liberty Mutual Insurance
Company and Liberty Mutual Fire Insurance Company