UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER ALAN BERMAN,

    Plaintiff,

v.                                        Case No. 3:16-cv-384-J-39JBT

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Liberty Mutual Insurance Company's Motion for Summary Judgement. (Doc. 83; Motion). The Motion is unopposed. The Court granted summary judgment in Plaintiff's favor as to the issue of the availability of coverage from insurance policy AV2-651-290229-021 (the "Policy"). (Doc. 75 at 10). The undisputed evidence demonstrates that Defendant Liberty Mutual Fire Insurance Company issued the Policy, and that Defendant Liberty Mutual Insurance Company did not. (Doc. 46.2 at 4).[1] Plaintiff does not argue or present evidence in support of an argument that Defendant Liberty Mutual Insurance Company could be liable in this case.

Accordingly, after due consideration, it is

**ORDERED:**

---

[1] Both Defendants appear to be subsidiaries of Liberty Mutual Group, Inc. (Doc. 46.2 at 3).

- 2 -

1. Defendant Liberty Mutual Insurance Company's Motion for Summary Judgement (Doc. 83) is **GRANTED**.

2. The Clerk of the Court shall enter judgment in favor of Defendant Liberty Mutual Insurance Company and against Plaintiff.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of December, 2019.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record