# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CHRISTOPHER ALAN BERMAN,

     Plaintiff,

v.                                 Case No. 3:16-cv-384-J-39JBT

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Continuance of Trial (Doc. 94; Motion). The Motion results from Plaintiff's ongoing medical treatments and delays associated with the production of medical records. Id. at 2. Plaintiff does not propose a new trial date owing to the uncertainty surrounding the medical records and the ongoing treatment.

Accordingly, after due consideration, it is

**ORDERED:**

1. Plaintiff's Unopposed Motion for Continuance of Trial (Doc. 94) is **GRANTED**.

2. The Fifth Amended Case Management and Scheduling Order is **VACATED** (Doc. 82). On or before **January 27, 2020**, the parties shall file an amended case management report in light of Plaintiff's ongoing treatments.[1]

---

[1] The parties are cautioned that any new discovery is strictly limited to facts not available to the parties during the initial discovery periods.

3. The pending motions in limine (Docs. 91-92, and 95-98) are **DENIED without prejudice** to being refiled once this matter approaches trial.

**DONE** and **ORDERED** in Jacksonville, Florida this 14th day of January, 2020.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties